UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

KENNETH J. KRETSCHMER,

    Plaintiff,

CASE NO.:   3:15-cv-1444-J-32JRK

vs.

NISSAN MOTOR ACCEPTANCE CORPORATION,

    Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

    COME NOW, Plaintiff, KENNETH J. KRETSCHMER, by and through his undersigned counsel, and hereby provides notice that Plaintiff and Defendant, NISSAN MOTOR ACCEPTANCE CORPORATION, have reached a resolution of the dispute that is the subject of this lawsuit. The parties are presently formalizing the terms of that resolution into a written settlement agreement and will file an appropriate notice of dismissal (anticipated within 45 days) upon the completion of certain obligations set forth in their agreement.

    /s/ Max Story, Esquire
MAX STORY, ESQ.
Florida Bar:  0527238
328 2nd Avenue North, Suite 100
Jacksonville Beach, FL  32250
Telephone: (904) 372-4109
max@storylawgroup.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on May 26, 2016, I electronically filed the foregoing with Clerk of the Court using the CM/ECF.  I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

    /s/ Max Story, Esquire
Florida Bar No. 527238