UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

KENNETH J. KRETSCHMER,

    Plaintiff,

v.                                            Case No. 3:15-cv-1444-J-32JRK

NISSAN MOTOR ACCEPTANCE
CORPORATION,

    Defendant.
_____

## ORDER

Upon review of the Joint Stipulation for Dismissal with Prejudice (Doc. 14), filed on January 18, 2017, this case is dismissed with prejudice. Each party shall bear its own attorneys' fees and costs. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 18 day of January, 2017.

                                                                  MARCIA MORALES HOWARD
                                                                  United States District Judge

ab
Copies:

Counsel of record